# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 0101 | **DATE** | February 28, 2011 |
| **CASE TITLE** | Bernie B. Cleveland (2010-0707001) vs. County of Cook, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file *in forma pauperis* [10] is granted. The Court authorizes and orders Cook County Jail officials to deduct $1.89 from Plaintiff's account, and to continue making monthly deductions in accordance with this order. The Clerk shall send a copy of this order to the Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608. However, summonses shall not issue at this time. The amended complaint [8] is dismissed without prejudice. Plaintiff is granted thirty days to submit an amended complaint (plus a judge's copy and service copies). The Clerk is directed to send Plaintiff an amended civil rights complaint form with instructions and a copy of this order. If Plaintiff does not timely comply with this order, this case shall be dismissed.

■[For further details see text below.]

Docketing to mail notices.

## STATEMENT

     Plaintiff, a detainee at the Cook County Jail, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2011, Plaintiff's motion for leave to file *in forma pauperis* was denied because it was incomplete and his complaint was dismissed because it failed to state a claim. Plaintiff has submitted a new motion for leave to file *in forma pauperis* and an amended complaint.

     Plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $1.89. The supervisor of inmate trust accounts at the Cook County Jail is authorized and ordered to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, Plaintiff's trust fund officer is directed to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action. The Cook County Jail inmate trust account office shall notify transferee authorities of any outstanding balance in the event Plaintiff is transferred from the jail to another correctional facility.

     Under 28 U.S.C. § 1915A, the Court is required to conduct a prompt initial review of prisoner complaints against governmental entities or employees.

     Plaintiff's amended complaint includes 13 numbered paragraphs regarding a fight he had with another inmate. Plaintiff next includes several exhibits. Following the exhibits, Plaintiff includes what appears to be pages from another suit he has filed in this court, 11 C 0102. Following allegations from the other suit, Plaintiff includes additional numbered paragraphs that appear to be related to the instant suit. It is not clear from the amended complaint what Plaintiff intended to file as to this case. Thus, the Court is unable to conduct the required review of the amended complaint. Plaintiff must submit an second amended complaint that includes only the allegations that pertain to this suit.

     Plaintiff is advised to review the Court's previous order addressing his original complaint and/or perform some basic legal research before drafting his second amended complaint, in order to avoid being assessed a "strike" under 28

| STATEMENT |
|---|

U.S.C. § 1915(g). From what Plaintiff includes in his amended complaint, it appears that Plaintiff is merely re-alleging the same claims that the Court previously found had failed to state a claim in its initial review.

For the foregoing reasons, the Court dismisses the amended complaint on file without prejudice. Plaintiff is granted thirty days in which to file a second amended complaint. Plaintiff must write both the case number and the judge's name on the second amended complaint, sign it, and return it to the Prisoner Correspondent. As with every document filed with the court, Plaintiff must provide an extra copy for the judge; he must also submit a sufficient number of copies for service on each Defendant named in the second amended complaint.

Plaintiff is cautioned that an amended pleading supersedes the original complaint and must stand complete on its own. Therefore, all allegations must be set forth in the second amended complaint, without reference to the original complaint. Any exhibits Plaintiff wants the court to consider in its threshold review of the amended complaint must be attached, and each copy of the amended complaint must include complete copies of any and all exhibits. If Plaintiff does not timely comply with this order, this case shall be dismissed.